LOCAL BANKRUPTCY FORM 3015-1.11

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                              CASE NO:  08-22499 SBB
LARRY RALPH NORTON                                  CHAPTER 13

JACQUELINE ANN NORTON

DEBTORS

CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE
PURSUANT TO 11 U.S.C. § 1328

I, LARRY RALPH NORTON, certify that:  (check the appropriate statements)

**1.      Plan Payments:**

[✓]     I have completed all payments and obligations required by my Chapter 13 Plan.

**2.      Domestic Support Obligations:**

[✓]     I have no domestic support obligations.

[ ]     During the pendancy of this bankruptcy case, I have paid all domestic support obligations
        that have become due under any order of a court, administrative agency, or by any
        statute.

[ ]     I have provided the chapter 13 trustee with the information required for notice by 11
        U.S.C. § 1302(d)(1)(c).

**3.      Valuation of Collateral Pursuant to 11 U.S.C. § 506**

[ ]     I previously filed a *Motion for Valuation of Collateral and Determination of Secured
        Status Under 11 U.S.C. § 506* (docket no. _____) as to the real property described
        below.  The Motion was granted on _____, (docket no. _____).
        (month/day/year)

[ ]     Pursuant to the Motion and my Chapter 13 Plan, I request an order that the
        following liens are extinguished (proposed order is attached):

| Name of Creditor | Description of Collateral (pursuant to confirmed plan) |
| --- | --- |
|  |  |
|  |  |

4.      **Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).**

[✓]     I have not been convicted of a felony (as defined in section 3156 of title 18). See 11
        U.S.C. § 522(q)(1)(A).  Debtor was convicted of a felony in 1999 but it is not
        applicable under 11 U.S.C. 522(q)(1).

[✓]     There are no pending proceedings in which I may be found guilty of a felony of the kind
        described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section
        522(q)(1)(B).

5.      **Personal Financial Management Course**

[✓]     I have completed an instructional course in personal financial management and the
        certification of completion has been filed.

## DECLARATION UNDER PENALTY OF PERJURY

        I declare under penalty of perjury that I have read the foregoing statement and that it is
true and correct to the best of my knowledge, information, and belief.

Dated: _09-14-11_                              By: _____
                                               Signature of debtor

                                               LARRY RALPH NORTON
                                               43 W IRVINGTON PL APT 1
                                               DENVER, CO 80223-1583
                                               Telephone number: _720-201-9175_
                                               Facsimile number: _____
                                               E-mail address: _Noot2010@ComCast-Net_


## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtor's
Certification to Obtain Discharge was served by placing the same in the United States Mail, first
class postage pre-paid, this _____ to the following:
                                (month/day/year)

## LOCAL BANKRUPTCY FORM 3015-1.11

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                             CASE NO:  08-22499 SBB
LARRY RALPH NORTON                                 CHAPTER 13

JACQUELINE ANN NORTON

### DEBTORS

---

## CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE PURSUANT TO 11 U.S.C. § 1328

---

I, JACQUELINE ANN NORTON, certify that:  (check the appropriate statements)

1.     **Plan Payments:**

[✓]    I have completed all payments and obligations required by my Chapter 13 Plan.

2.     **Domestic Support Obligations:**

[✓]    I have no domestic support obligations.

[ ]    During the pendancy of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

[ ]    I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

3.     **Valuation of Collateral Pursuant to 11 U.S.C. § 506**

[ ]    **I previously filed a *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* (docket no. _____) as to the real property described below.  The Motion was granted on _____, (docket no. _____).**
                                                    (month/day/year)

[ ]    **Pursuant to the Motion and my Chapter 13 Plan, I request an order that the following liens are extinguished (proposed order is attached):**

| Name of Creditor | Description of Collateral (pursuant to confirmed plan) |
|---|---|
|  |  |
|  |  |

**4.**     **Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).**

[✓]     I have not been convicted of a felony (as defined in section 3156 of title 18).  See 11 U.S.C. § 522(q)(1)(A).

[✓]     There are no pending proceedings in which I may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

**5.**     **Personal Financial Management Course**

[✓]     I have completed an instructional course in personal financial management and the certification of completion has been filed.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 09-14-11                           By: _Jacqueline Ann Norton_
                                          Signature of joint debtor

                                          JACQUELINE ANN NORTON
                                          43 W IRVINGTON PL APT 1
                                          DENVER, CO 80223-1583
                                          Telephone number: 720-201-8986
                                          Facsimile number: _____
                                          E-mail address: Nort2010@Comcast.Net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtor's Certification to Obtain Discharge was served by placing the same in the United States Mail, first class postage pre-paid, this _____ to the following:
                                    (month/day/year)